```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 24264
   GWENDOLYN WASHINGTON SMITH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4543

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/20/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            5000.00          624.25        1186.40
DRIVE FINANCIAL SERVICES  NOTICE ONLY       NOT FILED            .00            .00
ACL INC                   UNSECURED         NOT FILED            .00            .00
ASPIRE VISA               UNSECURED         NOT FILED            .00            .00
ASPIRE                    UNSECURED         NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00            .00
BANK ONE                  UNSECURED         NOT FILED            .00            .00
CAPITAL ONE               UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00            .00
CAPITAL ONE SERVICES      NOTICE ONLY       NOT FILED            .00            .00
CHICAGO IMAGING           UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED           1990.00            .00            .00
GENERAL REVENUE CORPORAT  UNSECURED         NOT FILED            .00            .00
GENEREAL REVENUE CORPORA  NOTICE ONLY       NOT FILED            .00            .00
GENERAL REVENUE CORPORAT  NOTICE ONLY       NOT FILED            .00            .00
JEFFERSON CAPITAL         UNSECURED         NOT FILED            .00            .00
RODALE                    UNSECURED         NOT FILED            .00            .00
AT & T BANKRUPCTY         NOTICE ONLY       NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00            .00
SPRINT PCS                UNSECURED         NOT FILED            .00            .00
TCF BANK                  UNSECURED         NOT FILED            .00            .00
TRINITY HOSPITAL          UNSECURED         NOT FILED            .00            .00
SALLIE MAE INC            UNSECURED           7740.44            .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED             75.20            .00            .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY        2,200.00                        1,768.20
TOM VAUGHN                TRUSTEE                                              196.15
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 24264 GWENDOLYN WASHINGTON SMITH
```

```
TRUSTEE                                      3,775.00

PRIORITY                                                             .00
SECURED                                                         1,186.40
   INTEREST                                                       624.25
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,768.20
TRUSTEE COMPENSATION                                              196.15
DEBTOR REFUND                                                        .00
                                     ----------------    ----------------
TOTALS                                       3,775.00           3,775.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/03/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE











                              PAGE   2
         CASE NO. 05 B 24264 GWENDOLYN WASHINGTON SMITH